1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:08cr282 LJO |
| Plaintiff, | ) |
| v. | ) ORDER |
| FRANCISCO LIERA, et al., | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to suspend the briefing schedule,

IT IS THE ORDER of the Court that the briefing schedule in this matter is hereby suspended and the motions hearing of April 17 shall be converted to a status conference, at which time the a new briefing schedule and hearing motion shall be set.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties an opportunity to potentially dispose of the matter without a trial

1

and would deny the defendant an opportunity to properly investigate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:  April 7, 2009**              /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE