**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR282 LJO |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER EXTENDING |
| | ) | DATE FOR DEFENDANT |
| v. | ) | FELIPE DE JESUS MUNOZ |
| | ) | TO SURRENDER |
| FELIPE DE JESUS MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, based upon the request of defendant, by and through his attorney Philip A. DeMassa of Philip A. DeMassa APC, and unopposed by the Government,

IT IS HEREBY ORDERED that defendant Felipe De Jesus Munoz' date to surrender to Bureau of Prisons custody at its designated institution is extended from December 2, 2009 at 2:00 p.m. to January 6, 2010 at 2:00 p.m.

Defendant should plan for the possibility that there will be medical complications, and be aware that the surrender date will not be extended past January 6.

IT IS SO ORDERED.

**Dated:   November 25, 2009**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE