**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR282 LJO |
| | ) | |
| Plaintiff, | ) | ORDER FOR RETURN OF |
| | ) | NOTES AND DEEDS OF TRUST |
| v. | ) | |
| | ) | |
| FELIPE DE JESUS MUNOZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Notes and Deeds of Trust posted in this matter be returned to the surety.

| Deed No.: | Date Recorded: |
|---|---|
| 2008-0540378 | 10/06/2008 |
| 2008-0540379 | 10/06/2008 |
| 2008-0540380 | 10/06/2008 |
| 2008-0108459 | 10/07/2008 |

IT IS SO ORDERED.

**Dated:   January 14, 2010**          /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE